# Chapter 13 Plan Summary

Case No. _____

Debtor(s): Erika D. Thomas        SSN#: XXX-XX- 8682    Net Monthly Earnings: 987.45
                                  SSN#: XXX-XX-         Number of Dependents: 1

10-70637

I. Plan Payments:
    ( __ ) Debtor(s) propose to pay direct a total of $_____ ☐weekly ☐biweekly ☐semi-monthly ☐monthly into the plan; or
    ( X ) Payroll deduction Order: To Krystals  $ 127.00  ☐weekly ■biweekly ☐semi-monthly ☐monthly.
Length of plan in approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately 16,383.00.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy code including:
    A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSE AND SUPPORT) {See § 1322(a)(2)}
    The following priority claims, if allowed will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| Tuscaloosa County D.A. Recovery | Restitution | 3476.00 | 63.20 |

    B. Total Attorney Fee: $ 2300  $ 0 paid pre-petition $ 300.00 to be paid at confirmation and $ 100.00 per month for 20 mos.
    C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest deferred cash payments as follows:
    1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment To be Paid ☐ By Debtor ■ By Trustee | Regular Payment to Begin: Month/Year: | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debts | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| Dunn's Wholesale Auto Sales, Inc | 8.00 | 8212.07 | 5000.00 | 0 | 2002 Chevrolet Impala | 5% | 167.38 | ** |
|  |  |  |  |  |  |  |  | ** |

III. Other debts not shown in 1. Or 2. above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions:
    ■ This is an original plan.    ☐ This is an amended plan replacing plan dated_____
    ■ This plan proposes to pay unsecured creditors 0 %.
    ■ This plan proposes to pay prepetition utilities debts in the plan and post petition utilities debt direct.
    ☐ Debtor assumes lease and/or executory contract with _____
    ■ For any claims(s) not listed herein that are determined to be secured except for post-1994 mortgage arrearage claim(s), the debtor(s) propose(s) an annual percentage rate of 5% on the secured portion of said claims. No interest shall be paid on any post 1994 mortgage arrearage claim.
    ■ Other provisions: All Creditors being paid non- plan direct are hereby granted limited relief to continue to send monthly invoices, statements and payment requests to facilitate these monthly maintenance payments. ** Upon secured creditors' filing of a properly perfected claim, debtor agrees that the proposed adequate protection payment be paid to said creditor if the claim is filed prior to confirmation. If any debt is proposed to be paid as a secured debt and the claim filed by said creditor is not properly perfected, debtor proposes that said claim is to be treated as a general unsecured claim.

Attorney for Debtor Name/Address/Telephone #    Dated: March 23, 2010
BARBARA ROGERS                                                                /s/ Erika D. Thomas
2422 14TH STREET                                                               Erika D. Thomas , Debtor
TUSCALOOSA, AL 35401
Telephone # (205) 759-4090